**IN THE UNITED STATES DISTRICT COURT**
**FOR THE Northern DISTRICT OF TEXAS**
**Wichita falls DIVISION**

amsey Brown #02300398
laintiff's Name and ID Number

Allred Unit 2101 F.M. 369 North Iowa Park, Tx 76367
Place of Confinement

7-25CV-012-O

CASE NO.____________________
(Clerk will assign the number)

v.

Damon Laney 1838/529
Upshur County Sheriff's office - Titus St. Gilmer, TX 75644
Defendant's Name and Address

Defendant's Name and Address

(Subsequent defendants to be added if necessary)

Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 6 2025
CLERK, U.S. DISTRICT COURT
By ________ Deputy

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES _X_ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N/A
2. Parties to previous lawsuit:
   Plaintiff(s) ______
   Defendant(s) ______
3. Court: (If federal, name the district; if state, name the county.) ______
4. Cause number: ______
5. Name of judge to whom case was assigned: ______
6. Disposition: (Was the case dismissed, appealed, still pending?) ______
7. Approximate date of disposition: ______

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: James Allred Unit 2101 F.M. 369 North Iowa Park, TX 76367

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ramsey Brown #02300398
Allred Unit 2101 F.M. 369 North
Iowa Park, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Damon Laney badge # 1838/529 - Upshur County Sheriffs Office, Titus St. Gilmer, TX 75644 Can be sued in his individual Capacity.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

I was illegally arrested 4th Am, by a Gregg County policeman, at home for public intox, and an additional false charge was brought upon me in retaliation of 1st Am right to free speech and have been denied 6th Am

Defendant #2: Compulsory process, right to compel & confront the witness which violates 7th Amendment procedural due process & substantial due process, 5th & 14th Am Constitutional rights and civil rights

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: * The County of residence, Leslee Mannon, sent my last petition to initiate the civil lawsuit & 1983 form back without giving me a civil action number.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Upon being interrogated for sitting outside in the middle of the day, No rights were read or stated I was illegally and arbitrarily arrested at home for public intox in Diana, 182 Emma Dr. Diana, TX 75640 on July 17, 2018 - by defendant Damon Laney in a Gregg County patrol vehicle, and taken to Upshur County jail. A retaliation charge / false charge of "Harrassment of A public Servant" was brought against me for excersising my right to free speech, the statement (No Evidence) was that I purposely caused a medic to come in contact with my biological fluid, after I got belligerent in the back of the police car, on the way to the jail. I was not bleeding prior to being detained. I was sitting down, minding my business just outside the house. The statement insinuated that I spit blood on this man after he was called in response to an emergency, which I did not do, and there's no record of me doing that, because it didn't happen. I was cuffed in the back seat with a gash on my forehead with blood running down my face. The man knew I needed help. I blew the hair out of my eyes. A night in jail turned into a 10 yr. prison sentence for a felony. I have no prior convictions. This has led to so much, denying me liberty without due process of law

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Look at the client file, notice the errors, look at the evidence (there is none against me), everything was recorded

42 U.S.C. 1983 Redress, Jury trial on all applicable issues, exoneration, Compensatory damages, punitive damages, monetary relief, liberty claim, defamation claim, procedural & substantive due process claims, equal protection claim false arrest damages, personal injury claim, injunctive relief, right to trial by jury claim, pain & suffering, mental anguish, shock & discomfort, loss of enjoyment of life, malicious prosecution claim,

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ramsey Brown

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#02300398

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: ____
3. Approximate date sanctions were imposed: ____
4. Have the sanctions been lifted or otherwise satisfied? ____YES _X_ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: ________
3. Approximate date warning was issued: ________

Executed on: ~~April 6th, 2023~~ Feb. 1, 2025
DATE

Ramsey Brown
[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ~~6th~~ day of ~~April~~, 20~~23~~.
(Day) (month) (year)
1st. February 2025

Ramsey Brown
[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# Texas Department of Criminal Justice

# STEP 1

ACCEPT AS ORIGINAL

## INMATE GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024122844 |
| Date Received: | JUL 02 2024 |
| Date Due: | AUG 11 2024 |
| Grievance Code: | 506 |
| Investigator ID #: | I-2888 |
| Extension Date: | |
| Date Retd to Inmate: | JUL 11 2024 |

Brown, Ramsey Aaron 2300398

Inmate Name: Ramsey Brown TDCJ # 02300398

Unit: Allred Housing Assignment: ~~E4-32-T, 12F28~~

Unit where incident occurred: Allred E4-32-T, 12F28, ~~12F28~~ HSC-230T - HSB-109-T

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Captain Crage, Captain Barrera When? pm Wed, 06-26-2024

What was their response? "Told me I was trippin", mocked me, left me hanging.

What action was taken? none, Night-shift been slowly helping.

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

on Wednesday, June 26, 2024 right before lunch I was accused of being "high" in the Dayroom in E4-2 section, seperated from my property and brought to 12 bldg on a medical stretcher by staff (stripped of my clothes cool shirt, & gym shorts, and Nail clippers around my neck along with my I.d.) and left in a grated black box in the cold, in the middle of two intersecting halls on 12 bldg missing both lunch & dinner, left there way too long, having to "go to the bathroom". Hadn't eaten all day. Then fainted, then accused of threatening staff, when I asked a question, Then brought to 12F-28 going on 6 days now with no Soap, No bed, barely any toilet paper. I asked for a greivance 7 times before finally recieving one 3 days later, two days ago. Today is mon. July 1st, 2024 and the last 2 days I was skipped on lunch and dinner on my trays which is unacceptable. I still do not have my property, havent been able to bathe, nor brush my teeth. I have spinal problems, yes, medical knows it.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

The 8th Amendment of the USCS protects us against cruel & unusual punishment, & government acting in an unreasonable way. The 14th Amendment safeguards this. I am tired of being separated from my property, where others can steal from me. If anything is missing, your staff has gone against policy, once again, and are liable for the loss. I have medical, important papers & things of value. I need my property! Just had store Tues.

**Action Requested to Resolve Your Complaint.** I'm tired of being constantly treated this way. It's inhumane. Staff in prison has set me back tremendously several times now for some completely absurd accusations. With everything that goes on that is allowed I would really appreciate cooperation on solving/resolving every issue.

**Inmate Signature:** [signature] **Date:** 07-01-2024

**Grievance Response:**

The investigation of this grievance is complete. Your complaint is noted; however, the allegations presented could not be sustained as you reported to suggest employee misconduct by Security Staff. This is for your information. No further action is warranted.

**Signature Authority:** [signature] **B. Reitsma, Asst. Warden** **Date:** JUL 1 1 2024

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because: *Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**________

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**________

**OFFICE USE ONLY**

Initial Submission UGI Initials:____

Grievance #:____

Screening Criteria Used:____

Date Recd from Inmate:____

Date Returned to Inmate:____

**2nd Submission** **UGI Initials:**____

Grievance #:____

Screening Criteria Used:____

Date Recd from Inmate:____

Date Returned to Inmate:____

**3rd Submission** **UGI Initials:**____

Grievance #:____

Screening Criteria Used:____

Date Recd from Inmate:____

Date Returned to Inmate:____



# Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

**OFFICE USE ONLY**
**Grievance #:** 2025 002758
**Date Received:** SEP 09 2024
**Date Due:** OCT 19 2024
**Grievance Code:** 504
**Investigator ID #:** I-2888
**Extension Date:**
**Date Retd to Inmate:** SEP 26 2024

HS B' 13T Brown, Ramsey 2300398

**Inmate Name:** Ramsey Brown **TDCJ #** 02300398

**Unit:** Allred **Housing Assignment:** ~~HS-B109-T~~

**Unit where incident occurred:** Allred ~~12 F~~ 16

JAA UOO 9-27-24 RB Enroute 10-9-24

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Brown When? Last week

What was their response? To file A grievance

What action was taken?

**State your grievance in the space provided. Please state who,what, when, where and disciplinary case number if appropriate.**

Our Laundry ~~guys~~ gaurd does not want to give the inmates on our pod (B). clean clothes, and only one day per week. if that. (& clothes that fit)

Everyone over here deserves clean clothes mon, wed, fri ... not just workers or the guys in school.

~~They~~

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

**Action Requested to Resolve Your Complaint.** Have rank help us solve this problem.

**Inmate Signature:** [signature] **Date:** 9-7-2024

**Grievance Response:**

The investigation of this grievance is complete. One for One Exchange pram is available three times a week. From time to time, laundry has ran out of certain sizes and when this happens, the Laundry Managerll reissue as soon as possible as they become available. This is for your information. No further action is warranted.

**Signature Authority:** [signature] C. Wiedau, Asst. Warden **Date:** SEP 25 2024

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

**2nd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

**3rd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

Texas Department of Criminal Justice

Received at JA OCT 18 2024

# STEP 1 OFFENDER GRIEVANCE FORM

Brown, Ramsey 2300398

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 20250 |
| Date Received: | SEP 17 2024 |
| Date Due: | OCT 27 2024 |
| Grievance Code: | 202 |
| Investigator ID #: | I2888 |
| Extension Date: | OCT 04 2024 |
| Date Retd to Offender: | OCT 18 2024 |

Offender Name: Ramsey Brown TDCJ # 02 -398

Unit: Allred Housing Assignment:

Unit where incident occurred: Allred HSB-131T

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Watson, Burrows When? 9-10-24

What was their response? I'd be here over night 9-10-24

What action was taken? none.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Im G2, No rec, No phone No tablet, No Dayroom was told I'd be here over night

(Not getting proper trays either.)

6 days later still here...

came from ECB B-pod, cell mate seperation

Watson, & Burrows Boxed me, then moved me here 12 bld...

saying I'd only be here over night...

No longer recieving my evening medication as well all of a sudden ??

Trying to Find out whats going on.

tired of the mistreatment from staff constantly some new B.S 8th Am violation. Grievances ignored

Leaving lights on All night.

Air doesnt work. This is inhumane.

I-127 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Appendix F

policy violation.
grievances are being ignored

**Action Requested to resolve your Complaint.** Fix

**Offender Signature:** [signature] **Date:** 9-16-24

**Grievance Response:**

The investigation of this grievance is complete. Your complaint is noted; however, the allegations presented could not be sustained as you reported. Records show that you were moved to appropriate housing on 09/17/24. Then placed in CDO in 12 building on 09/26/24 and were transported to Montford Unit on 09/30/24. This is for your information. No further action is warranted.

**C. Wiedau, Asst. Warden**

**Signature Authority:** [signature] **Date:** OCT 0 4 2024

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #__________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** __________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** __________

## OFFICE USE ONLY

Initial Submission UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission** **UGI Initials:** _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission** **UGI Initials:** _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____



Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2025 025325 |
| Date Received: | NOV 04 2024 |
| Date Due: | DEC 14 2024 |
| Grievance Code: | 506 |
| Investigator ID #: | I-2888 |
| Extension Date: | |
| Date Retd to Inmate: | NOV 15 2024 |

**Inmate Name:** Ramsey Brown **TDCJ #** 02300398

**Unit:** Allred **Housing Assignment:** HSC-112-T

**Unit where incident occurred:** Allred

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Opella, Rushia When? 11-3-2024

What was their response? File a grievance

What action was taken? pending

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

ECB (High Security) hasn't been recieving DFH trays lately. Four times this past week actually.

I am submitting this grievance on behalf of all DFH tray holders.

I am tired of not recieving the food/Nutrition that we have the right to in prison.

DFH menue is in the law library. Check it.

LOTS OF Errors.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

**Action Requested to Resolve Your Complaint.** please fix this so we can live better, and ensure that we recieve the proper nutritional standards on our trays

Signature: [signature] Date: 11-3-2024

**Grievance Response:**

The investigation of this grievance is complete. The allegations could not be sustained as you reported. Records show that you receive DFH trays and are receiving DFH trays. Meals are prepared according to the menu provided by Huntsville. This is for your information. No further action is warranted.

**Signature Authority:** [signature] **C. Wiedau, Asst. Warden** **Date:** NOV 15 2024

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

**2nd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

**3rd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

Texas Department of Criminal Justice

12F-20B

# STEP 1
## INMATE GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | 608 |
| Investigator ID #: | I28886 |
| Extension Date: | |
| Date Retd to Inmate: | |

Brown, Ramsey 2300398

Inmate Name: Ramsey Brown TDCJ # 02300398

Unit: Allred Housing Assignment: ~~[illegible]~~

Unit where incident occurred: Allred

12F-20 ~~[illegible]~~

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

SEP 04 2024

Who did you talk to (name, title)? Mrs. Burns When? 08-29-2024

What was their response? Step 1

What action was taken? SEP 04 2024

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate**

over Medical

• Last NSC was over 1 mo. ago put in for Xray, (no follow up yet)

• Have not been able to recieve Kop - anti-inflamatory

• have not been able to recieve inhaler.

(property been stolen)

SEP 04 2024

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

SEP 04 2024

**Action Requested to Resolve Your Complaint.**

Help SEP 04 2024

**Inmate Signature:** [signature] **Date:** 08-29-2024

**Grievance Response:**

**Signature Authority:** **Date:**

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☒ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** R. Schrayer, R

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** [signature]

**OFFICE USE ONLY**

Initial Submission UGI Initials: R
Grievance #: 2025001399
Screening Criteria Used: 699.05
Date Recd from Inmate: SEP 04 2024
Date Returned to Inmate: SEP 04 2024

**2nd Submission** **UGI Initials:**
Grievance #:
Screening Criteria Used:
Date Recd from Inmate:
Date Returned to Inmate:

**3rd Submission** **UGI Initials:**
Grievance #:
Screening Criteria Used:
Date Recd from Inmate:
Date Returned to Inmate:

I-127 Back (Revised 8/2022)

# Texas Department of Criminal Justice

Accepted as Original Rec'd at JA NOV 01 2024

# STEP 1

## INMATE GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2025016028

Date Received: OCT 11 2024

Date Due: 11-20-24

Grievance Code: 500

Investigator ID #: 1-3010

Extension Date:

Date Retd to Inmate: OCT 25 2024 NOV 01 2024

Inmate Name: Ramsey Brown TDCJ # 02300398

Unit: Robinson Housing Assignment: ~~12E-65~~

Unit where incident occurred: Allred, montford, Roberson HSC-112T

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Adams, (ThankYou) When? 10-10-2024

What was their response? Standing by, She's been very helpful so far, at least brought us hygeine.

What action was taken? ↑

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

... please look into grievanes submitted at all 3 units.

I'm not getting my proper food, (primary issue for this grievance) nor is the amount correct. → Now I'm recieving regular trays - No Chicken No Desser

I've been DFH the whole time, & medical approved me for Hyperchloric diet because I am under weight, (3 sandwiches per day) → Not recieving sandwiches, I weigh 139 pounds. at 39 years old @ 5'1

Talk to "mrs." Navarro @ the Allred unit, in medical ↑ ↓

I'm having multiple issues I'd like to mention, even if I have to [illegible] per week to attempt to resolve... (please look at this.) (195 days stolen by Staff, 23 day for day. All of my cases are bogus.)

I'm not recieving any of my medication. I have allergy induced asthma, and mostly don't get my inhaler, nor benadryls.. (ALLRED UNIT)

My medication was changed by Dr. Dotty (Allred) providers from Dr Dotson, to Dr. Bhotti - 1, 60mg Diluxotine (Cimbalta) 2x per day From Zoloft 100mg 2x per day, No longer recieving Naproxen for my Scoliosis 2nd X-ray was scheduled, but I keep getting screwed out of my appointments...

- Also, NO consistant access to Library books...

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

[illegible] no longer there... [illegible] STOLEN [illegible] people. - Can't work on my case
[illegible] stealing my property - TAblet, headphones, Charger & commissary. The law is helping other people come up off of me. At this point All of my property I've purchased has been stolen, Books, Light, FAN, Hot pot. grievances are All being ignored. Also, have been passed around between 50 + cellmates on All 3 areas of Unit, All 3 property rooms; & have gotten screwed out of being able to go to Rec. ALL Summer Long. & Having safety issues.

**Action Requested to Resolve Your Complaint.** Ha.

**Inmate Signature:** [signature] **Date:** 10-10-2024

**Grievance Response:**

**Your grievance has been reviewed and investigated addressing one issue per grievance. Records indicate you are on the DFH diet, however you do not receive hypercaloric snacks. Additionally, records reflect you were reassigned to the Allred Unit on the date of 10/11/2024. No further action warranted.**

**Signature Authority:** WARDEN D. THORNTON DT **Date:** OCT 23 2024

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ________

**OFFICE USE ONLY**

Initial Submission UGI Initials: ________
Grievance #: ________
Screening Criteria Used: ________
Date Recd from Inmate: ________
Date Returned to Inmate: ________

**2nd Submission** **UGI Initials:** ________
Grievance #: ________
Screening Criteria Used: ________
Date Recd from Inmate: ________
Date Returned to Inmate: ________

**3rd Submission** **UGI Initials:** ________
Grievance #: ________
Screening Criteria Used: ________
Date Recd from Inmate: ________
Date Returned to Inmate: ________

DEC 0 2 2024

**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2025016028
UGI Recd Date: NOV 0 6 2024
HQ Recd Date: NOV 0 8 2024
Date Due: 12-16-2024
Grievance Code: 500
Investigator ID#: I 3014
Extension Date:

Offender Name: Ramsey Brown TDCJ # 02300398

Unit: Allred Housing Assignment: ~~HSE 112 T~~ HSA-114T

Unit where incident occurred: Montford, Robertson, Allred

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

G, thats funny. Here's the proof. (Attached)

... you'll be fixing all this now I suppose, Right. Shouldn't have to twist your Arm.

There is merit to every single claim I've ever presented. Exculpatory evidence

is to be presented by law. And there is record of all of it, and it can be accessed. I'm tired of being pushed around by a bunch of liars. You all have a professional obligation.

**Offender Signature:** [signature] **Date:** 11-06-2024

**Grievance Response:**

Your claim has been investigated by the Central Grievance Office. Your Step 1 response was appropriate and addressed your complaint. The computer only shows you as getting a DFH tray. There is not comment about hypercaloric diet. You will need to see the Medical Department to have this corrected. No further action is warranted by this office.

**Signature Authority:** H. Klawinsky H. Klawinsky **Date:** NOV 22 2024

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ____________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ____
Date UGI Recd: ____
Date CGO Recd: ____
(check one) ____Screened ____Improperly Submitted
Comments: ____
Date Returned to Offender: ____

**2nd Submission** **CGO Initials:** ____
Date UGI Recd: ____
Date CGO Recd: ____
(check one) ____Screened ____Improperly Submitted
Comments: ____
Date Returned to Offender: ____

**3rd Submission** **CGO Initials:** ____
Date UGI Recd: ____
Date CGO Recd: ____
(check one) ____Screened ____Improperly Submitted
Comments: ____
Date Returned to Offender: ____



SEP 2 4 2024

Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024122844 |
| UGI Recd Date: | JUL 1 7 2024 |
| HQ Recd Date: | JUL 2 1 2024 |
| Date Due: | 8-26-24 |
| Grievance Code: | 506 |
| Investigator ID#: | I3012 |
| Extension Date: | OCT 05 2024 |

Offender Name: Ramsey Brown TDCJ # 02300398

Unit: Allred Housing Assignment: ~~HSB-109-T~~ 4E-MOB

Unit where incident occurred: Allred

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

1/2 my property is missing,
recieved Step 1 back ~~[illegible]~~ 7-02-2024 (please review in full)
seperated from property on 6-26-2024
property wasn't inventoried untill 7-12-2024
recieved property yesterday 7-15-2024 - Noted missing at bottom
mrs. Orourke told me to file grievance.
I have my reciepts, Last store on 6-25-2024 Spent 45 $
look it up. All of my commissary missing All Food
All my hygeine, my Tablet, toilet charger, Fan, 2 headphones
radio headphones & 21$ set BOOKS 2 dictionary's, brand new
Fan bought brand new This year. Court papers & medical
Had to order another I.D. - fourth time now.
Staff threw away my clothes. my I.d. & 3 clippers
Boots are gone, & shower slides gym shorts, & cool shirt

All of this happened because on 6-26-2024 on (2 section 4E check cameras) I was Seperated from my property, out of suspicion, then sent to 12 bldg for 6 days, then moved to HSC, then moved again last night at random to HSB-109-T

This Keeps happening to me several times per year.
Can't wash my hair, Can't buy more shampoo. No I.D. convenient

check ... 52-T I would like to confront my old ... mate. Coffee, cream, peanut butter 24 chizo sticks Cookies electrolytes, 10 mint sticks, cereal, Soup, Seeds, Allergy pills, Supplements I need to be reimbursed for my loss due to staff Negligence for violating policy. I'm tired of my Family paying for me things that you help others steal.

**Offender Signature:** [signature] **Date:** 7-16-2024

**Grievance Response:**

An investigation has been conducted by the Central Grievance Office. Your step 1 response was appropriate and addressed your complaint. You are no longer on Security Observation Status and has since been moved as of 9/11/24. However, when you are placed in PHD status your personal and state property are given to you and if you need more supplies there are supplies in each picket so that an officer assigned can pass them out. We have contacted administration, and they will continue to monitor to ensure compliance. No further action is warranted by this office.

**Signature Authority:** J. Back [signature] **Date:** SEP 17 2024

**Returned because:** ***Resubmit this form when corrections are made.***

☐ **1. Grievable time period has expired.**

**Illegible/Incomprehensible.***

**Originals not submitted. ***

**appropriate/Excessive attachments.***

**5. Malicious use of vulgar, indecent, or physically threatening language.**

**6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

Hello and good day, February 4, 2025

I am illegally imprisoned, and it is my understanding that I have the right to petition the court for redress of grievances. Alot of the time, we donot even get them back. The officials here on 09/17/2024 opened my cell door and someone came in my cell and cut me up 15x on each Thigh & leg with a razorblade. I was sent to Montford unit where I then filed a grievance. It is MIA. I've come up for parole 2x and was given parole, and the officials in prison have lied under oath, falsifying documents & keeping me in prison illegally against my constitutional rights. I have procedural due process claims. I've filed an 11.07 with the CCA. The courts have done the same thing by denying discovery of the evidence, & compulsory process. Equal protection principle claim too. Torts & Remedies should fix all of this, on 9/17/24 I was on E pod-3 section, 70 cell B. ← Also subpena production of Doc. There are 3 cameras in that area. They are labeled with a number. I would like to subpena production of Document Also, on 11-23-2024 E.C.B. Extended cellblock B-pod. I was apprehended and in the corridor there are cameras that show the officials here dragging me into Captain Berry's office & conducting a medical procedure on me (Fishing inside my veins, introveniously) that I never authorized. Cases were persued, & they took my parole again. I've never been to prison, and am already served over 1/2 my time. I'm in here for bleeding on a medic accidentally in an emergency response situation, I was illegally arrested for public intox at home minding my business. I was denied discovery (- Brady materials) & compulsory process on a sworn officers bogus testimony, on a bogus indictment. I've filed an 11.07 with the CCA in 12-23, they say I have too many grounds... Everything that's happened to me ↷

has been completely manipulated. I was maliciously prosecuted. There was No trial, and I have new information that wasn't available at the time. I was told I could not represent myself. That there was no law library. The Client attorney privillege was compromised. The report lied, I had to request it from the Appellate Attny. who withdrew immediately. The 1st Attny. didn't give me 5 mins. of his time. Under duress they pressured an illegal document placing me on deferred adjudication, but added stipulations after peer pressuring my signature, duping me into a contract that abridges my Consti protected rights Am. 4, 5, 6, 7, 8, 14 have all been compromised by the very people that swore/swear to protect. Suppremacy Clause. Rights of the accused. I need to request/petition a 1983 Claim to get my case in Civil Court over Federal Violations in all of this in too many ways against the people that need to be held accountable, and I need your help in these matters because it is your jurisdiction. I get 3 attempts before you deem me frivolous. I've already filed 2. I cannot be present through all phases of trial so that is a problem... The form here says you need 400$ Except, I've read it only costs 10$ hmm.. I'm sending a few of the grievances over the b.s. I'm dealing with in prison. There are several pending. The governor needs to be notified immediately. I have several pending grievances that once again, if I don't get back, prevents access to courts over exhaustion of remedies. The grievance department here is Corrupt & ~~[illegible]~~ fraudulent just like all of this. This is a matter of respect, & integrity too and we need your help so that so many people affected by this experience a positive change, Reformation Retribution. There are issues over public information, over our diets, over medical, grievances, parole, the library has been closed since August, the Law Library. I've already sent requests to the Warden about my time Credit disputes

Authority - Tex. Civ. Prac. & Rem. Code §§ 14.005, 110.001-012; Tex. Govt. Code §§ 493.001, 493.006(b), 493.014, 501.008; 42 U.S.C. § 1997(e); C.F.R. §§ 35.107(a), 115.52(a-g)

number AD-03.82

A CL-147 has already been sent. Huntsville doesn't do their job. It goes to a P.O. Box. Theres no ARRM Resolution Support. Counsel Substitute is a joke. They ignore/deny evidence & it is Excupatory. On 11/23/24 on 12 bldg here in the Corridor it was recorded where staff threw me against the wall, then on the ground stepped full weight on my head & neck. A use of force form was filled out, staff assaulting an inmate on Camera. They lock us up in Segregation on Psychiatric meds, leave us Naked in the Freezing Cold in roach infested cells with no mattresses, No toilet paper, No Soap. Spraying chemical agents on us. I was Starved for 40 hours. Sometimes we can't brush our teeth for weeks in prison, The Seperate us from our property and let other inmates raid our things (Steal) The Ombudsman that come here are a joke. They are preventing us from being able to excercise, freedom to peaceably Assemble. This unit needs to be Shutdown. I shouldn't have to compel the government to do its job, especially when they go above & beyond the call of duty to oppress the American people. Sadistic Tyrants. The Case from 11/23/24 needs to be investigated. please help. It was filed on X-mas '24

Tex. Cons. Code
Art. 3 Sect 51(c) Aid or compensation to persons ~~illegally~~ improperly fined or prisoned.

Art. 1 Sect. 10 Rights of The Accused in Criminal Trials

What these folks have done in the courtroom was also recorded, and needs to be taken into account as evidence as well.

Art. 1 Sect. 19 Deprivation of life, liberty, etc. due course of law.

Art. 2 Sect. 17 (they brought me 27) Right of Assembly, petition for redress of grievances

Art. 4 Sect. 11 Board of Pardons & paroles, parole laws, reprieves, Commutations & pardons, remissions of fines & forfeitures.

Art. 4 sect. 24 - Accounts & reports, Information to & Inspection by the Governor; perjury

Const. Am. 5 Due process clause
Const. Am 14. Equal protection principle

It says in Art. 5 sect. 8 Jurisdiction of District Court Writs of Mandamus ← This is you, correct?

& Art. 5 Sect. 21 - District Atty
Art 5 Set 30, Criminal District Atty ← Has a professional responsibility
Art 5 Sect 31 Court Admin, rule making authority, Action, motion for rehearing

Billy Byrd
# 24034354

Trial De Novo requested in Trial Court.

I need your help. PLEASE.

TDCJ policies of interest
AD 3-31, BP 3-46, AD 3-50, AD 3-53, AD 3-72
AD 3-31, BP 3-46, AD 3-50, AD 3-53, AD 3-72, AD 4-80, AD 4-83, AD 5-25
BP 3-77, BP 3-81, AD 3-82, AD 4-80, AD 4-83, AD 5-25
ED 7-29 AD 7-33

HOUSE/J[illegible] CHANGE

NAME: BROWN,RAMSEY AARON NO: 02300398

DATE: 09/17/2024 12:36:26 RACE: W

THE ABOVE NAMED AND NUMBERED INMATE IS TO BE ASSIGNED AS FOLLOWS:

OLD HOUSE: 12FB2-26B
NEW HOUSE: 4E33-70B

OLD JOB: TRANSIENT CUSTODY OVERFLOW
NEW JOB: I/S MEDICAL SQ 03

COMPLETED BY: ______________________

APPROVED BY: ______________________

Ramsey Brown #02300398
Allred Unit
2101 F.M. 369 North
Iowa Park, Tx 76367

RECEIVED
FEB - 6 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL

United States District Court
Office of The Clerk
Northern District of Texas
501 West Tenth St. Room 310
Fort Worth, Tx 76102



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION